UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| IN RE: ) | |
| ) | Case No. 15-18281 EEB |
| Craig J. Walker ) | Chapter 11 |
| Susan Ann Walker ) | |
| ) | |
| Debtors. ) | |

**UNITED STATES TRUSTEE'S APPOINTMENT
OF UNSECURED CREDITORS' COMMITTEE**

The United States Trustee hereby appoints the following persons to the Official Unsecured Creditors Committee in the case of Craig J. Walker and Susan Ann Walker:

Brad Schwindt, **Chair** *
Guaranty Bank and Trust Company
2700 47th Avenue
Greeley, CO   80634
Phone: 970-454-4179
Brad.schwindt@guarantybankco.com

David E. Shepherd, Sr. V.P.
The Mission Bank
5201 Johnson Dr.
Mission, KS   66205-2925
Phone: 913-831-2400
Fax:   913-831-1230
dshepherd@themissionbank.com

   * Brad Schwindt is hereby designated as Chair of the Committee until the Committee can meet and elect the Chair of the Committee.

Dated:   August 10, 2015                         Respectfully submitted,

                                                 PATRICK S. LAYNG
                                                 UNITED STATES TRUSTEE
                                                 /s/ Paul V. Moss
                                                 By: Paul V. Moss, #26903
                                                 Attorney for the U.S. Trustee
                                                 1961 Stout Street, Suite 12-200
                                                 Denver, Colorado 80294
                                                 (303) 312-7238 telephone
                                                 (303) 312-7259 facsimile
                                                 Paul.Moss@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify on the 10th day of August 2015, that a copy of the United States Trustee's **UNITED STATES TRUSTEE'S APPOINTMENT OF UNSECURED CREDITORS' COMMITTEE** was served by deposit in the United States Mail, postage prepaid to the following parties:

Craig J. Walker
Susan Ann Walker
8999 N. Corral Lane
Castle Rock, CO 80108

Jeffrey Weinman
730 17th St.
Ste. 240
Denver, CO 80202

The Mission Bank
Attn: David Shepherd
5201 Johnson Dr.
Mission KS 66205-2925

Howard B. Gelt, Esq.
Akerman LLP
1400 Wewatta Street
Suite 500
Denver, CO 80202

Guaranty Bank and Trust Company
Attn: Brad Schwindt
2700 47th Avenue
Greeley, CO 80634

Jeffery O. McAnallen
Markus Williams Young & Zimmermann
1700 Lincoln Street, Suite 4550
Denver, CO 80203


/s/ Janice Hensen
Office of the United States Trustee